# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DARROW B. PAYNE-BEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLINTON M. WALKER, )<br>)<br>Defendant. )<br>) | Case No. 2:13-cv-02021-AKK-JHE |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 28, 2015, recommending that defendant Walker's motion for summary judgment be granted and this cause be dismissed with prejudice. Doc. 28. The plaintiff filed objections on January 7, 2016.   Doc. 29.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the plaintiff's objections, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and defendant Walker is entitled to judgment as a matter of law.  Accordingly, defendant Walker's motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**.  A Final Judgment will be

entered.

    **DONE** the 12th day of January, 2016.

                                                    **ABDUL K. KALLON**
                                          UNITED STATES DISTRICT JUDGE